| | |
|---|---|
| 1 | Jeffery J. Carlson (SBN 60752) |
| | Carlsonj@cmtlaw.com |
| 2 | J. Grace Felipe (SBN 190893) |
| | Felipeg@cmtlaw.com |
| 3 | CARLSON & MESSER LLP |
| | 5959 W. Century Blvd., Suite 1214 |
| 4 | Los Angeles, CA 90045 |
| | (310) 242-2200 Telephone |
| 5 | (310) 242-2222 Facsimile |
| 6 | Attorneys for Defendant, |
| | USCB, Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Malika Miller, | ) | CASE NO. 2:12-cv-00561-MEJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT USCB INC.'S** |
| vs. | ) | **CERTIFICATION AND NOTICE OF** |
| | ) | **INTERESTED PARTIES** |
| USCB, Inc.; and DOES 1 - 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | that subject matter or in a party that could be substantially affected by the outcome of this
2 | proceeding:
3 |     There are no known interested parties other than Plaintiff and Defendant
4 | participating in this case.

7 | DATED: April 6, 2012            CARLSON & MESSER LLP

By   /s/ J. Grace Felipe
Jeffery J. Carlson
J. Grace Felipe
Attorneys for Defendant,
USCB, INC.