Tammy Hussin (Bar No. 155290)
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Malika Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malika Miller,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>USCB, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.:  12-cv-00561-SC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>*Date:*　May 25, 2012<br>*Time:*　10:00 AM<br>*Dept:*　Courtroom 1<br>*Judge:*　Hon. Samuel Conti<br><br>*Trial Date:  None set* |

The Court recently rescheduled the Case Management Conference to May 25, 2012.

The new date set by this Court presents a scheduling conflict as counsel for Plaintiff has a previously scheduled vacation.

The parties to the above-entitled action hereby stipulate to request continuance of case management conference to June 8, 2012 at 10:00 a.m.


Plaintiff                                              Defendant

__/s/ Tammy Hussin_____              _/s/ J. Grace Felipe_____

TAMMY HUSSIN                                J. GRACE FELIPE
Attorney for Plaintiff                         Attorney for Defendants




DATED: May 18, 2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malika Miller,<br><br>      Plaintiff,<br><br>   vs.<br><br>USCB, Inc.; and DOES 1-10, inclusive,<br><br>      Defendant. | Case No.: 12-cv-00561-SC<br><br>[PROPOSED] ORDER |

   Based on the Stipulation of counsel, the case management conference is hereby continued to June 8, 2012 at 10:00 a.m.


Date:___5/22/12_____                    _____

                                         Judge: San



12-cv-00561-SC                                          STIPULATION TO CONTINUE