Tammy Hussin (SBN 155290)
thussin@lemberglaw.com
LEMBERG & ASSOCIATES LLC
60408 Merlin Drive
Carlsbad, California 92011
(855) 301-2100 Telephone
(203) 653-3424 Facsimile
Attorneys for Plaintiff
MALIKA MILLER

Jeffery J. Carlson (SBN 60752)
Carlsonj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant
USCB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Malika Miller, | ) CASE NO. 3:12-cv-00561-SC |
|---|---|
| Plaintiff, | ) Judge: Hon. Samuel Conti |
| vs. | ) STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |
| USCB, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

The undersigned Parties, by and through their counsel of record, hereby stipulate and agree the action be and hereby is dismissed with prejudice as to Defendant USCB, INC. ("Defendant") pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

/ / /

/ / /

Each party shall bear its own costs and attorneys' fees.

                                                                            Respectfully Submitted,

DATED: June 19, 2012                    LEMBERG & ASSOCIATES LLC

                                                          By   /s/Tammy Hussin
                                                                Tammy Hussin
                                                                Attorneys for Plaintiff
                                                                MALIKA MILLER

DATED: June 19, 2012                    CARLSON & MESSER LLP

                                                          By   /s/J. Grace Felipe
                                                                Jeffery J. Carlson
                                                               J. Grace Felipe
                                                               Attorneys for Defendant
                                                               USCB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malika Miller,<br><br>                Plaintiff,<br><br>vs.<br><br>USCB, Inc.; and DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO. 3:12-cv-00561-SC<br><br>Judge: Hon. Samuel Conti<br><br>[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |

      Pursuant to the Stipulation, IT IS HEREBY ORDERED that the action, be dismissed with prejudice as to Defendant USCB, INC., pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

      Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED

DATED: 6/25/12                    _____
                                                               U.S. DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Samuel Conti]*

1